# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

ROGER GOUSSE, SR.,

   Petitioner

         v.                        CIVIL ACTION NO. 3: 04-30251-MAP

UNITED STATES OF AMERICA, ET AL,

   Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, the court having dismiss the petitioner's 2255 petition.

                                              TONY ANASTAS,
                                              CLERK OF COURT

Dated: January 3, 2005                      By  /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk

(Civil Judgment2.wpd - 11/98)                                                                   [jgm.]